UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND BLACHER                                      CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                    NO. 25-00157-BAJ-RLB

### RULING AND ORDER

Before the Court is Petitioner's **Petition For Writ Of Habeas Corpus.** **(Doc. 1)**. The Petition is opposed. (Doc. 11).

In the Petition, Petitioner challenges his 2000 criminal conviction and 2001 sentence entered in the 19th Judicial District Court, East Baton Rouge Parish, Louisiana, for eight counts of armed robbery. The Magistrate Judge issued a **Report and Recommendation (Doc. 12, the "Report")**, recommending that the Court deny the Petition as untimely. The Magistrate Judge further recommends that the Court deny a certificate of appealability. There are no objections to the Report.

Having carefully considered Petitioner's Petition, the State's Opposition, the state court record, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition For Writ Of Habeas Corpus (Doc. 1)** be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the above-captioned action be and is

hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this \_\_\_\_ day of August, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2